German Evangelical Church of Newark v. Magie, and Kille v. Campion.

Between THE GERMAN EVANGELICAL DUTCH CHURCH OF
NEWARK, appellants, and SETH W. MAGIE, respondent.

[Decided at March Term, 1862.]

This case is reported in Chancery, in 2 *Beasley* 77.

*C. Parker*, for appellant.

*Runyon*, for respondent.

The decree of the Chancellor was affirmed by the follow-
ing vote:

*For affirmance*—Judges BROWN, COMBS, CORNELISON, EL-
MER, HAINES, KENNEDY, OGDEN, VREDENBURGH, WHELPLEY,
WOOD—10.

*For reversal*—Judge VAN DYKE—1.

———

Between ROBERT K. KILLE, appellant, and JOSEPH H. CAM-
PION, respondent.

[Decided at November Term, 1862.]

This case is reported in Chancery in 1 *McCarter* 229.

The decree of the Chancellor was affirmed by the follow-
ing vote:

*For affirmance*—Judges BROWN, COMBS, CORNELISON, EL-
MER, HAINES, OGDEN, SWAIN, VREDENBURGH, WHELPLEY,
WOOD—10.

*For reversal*—Judge KENNEDY—1.